## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 20-17404 |
| | ) | |
| RONALD JEROME HAMPTON and | ) | Chapter 7 |
| MYRTLE HAMPTON, | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtors. | ) | |
| | ) | Hearing Date: January 25, 2022 at 9:30 a.m. |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, January 25, 2022 at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **Trustee's Motion to Approve Sale of South Holland Property**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941_ and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ *Ronald R. Peterson*

RONALD R. PETERSON, not individually but solely as chapter 7 trustee for the above-captioned debtor.

Ronald R. Peterson
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: 312/923-2981
FAX: 312/840-7381

Dated: January 3, 2022

## CERTIFICATE OF SERVICE

I, Ronald Peterson, an attorney, certify that on January 3, 2022, I caused the foregoing Notice of Motion and Trustee's Motion to Approve Sale of South Holland Property to be served on all counsel of record listed on the Court's ECF Service List by the Court's ECF service, a copy of which is attached, and all of the parties on the Service List by First Class U.S. Mail, postage prepaid and properly addressed.

/s/ *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

VIA ECF NOTIFICATION:

- **Rae Kaplan**   rkaplan@financialrelief.com, yrodriguez@financialrelief.com, fbichl@financialrelief.com, kaplan.myecfmail@gmail.com, i-got-notices@financialrelief.com, jcabrales@financialrelief.com, R49775@notify.bestcase.com

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

VIA U.S. MAIL: [See attachment]

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   Capital One Auto Finance, a division of Capi
0752-1                                   AIS Portfolio Services, LP                     4515 N Santa Fe Ave. Dept. APS
Case 20-17404                            4515 N Santa Fe Ave.                           Oklahoma City, OK 73118-7901
Northern District of Illinois            Oklahoma City, OK 73118-7901
Eastern Division
Thu Dec 30 12:35:59 CST 2021

Fifth Third Bank, National Association   PRA Receivables Management, LLC                U.S. Bankruptcy Court
5001 Kingsley Dr.                        PO Box 41021                                   Eastern Division
MD 1MOBBW                                Norfolk, VA 23541-1021                         219 S Dearborn
Cincinnati, OH 45227-1114                                                               7th Floor
                                                                                        Chicago, IL 60604-1702

Barclays Bank Delaware                   Best Buy/CBNA                                  Bridgecrest
P.O. Box 8803                            P.O. Box 6497                                  7300 East Hampton Avenue
Wilmington, DE 19899-8803                Sioux Falls, SD 57117-6497                     Mesa, AZ 85209-3324


Capital One                              Capital One Auto Finance                       Capital One Auto Finance,
P.O. Box 30281                           P.O. Box 30285                                 a division of Capital One, NA Dept
Salt Lake City, UT 84130-0281            Salt Lake City, UT 84130-0285                  AIS Portfolio Services, LP
                                                                                        4515 N Santa Fe Ave. Dept. APS
                                                                                        Oklahoma City, OK 73118-7901

Citibank, N.A.                           Citibank/CBNA                                  Citicards CBNA
5800 S Corporate Pl                      P.O. Box 6217                                  P.O. Box 6217
Sioux Falls, SD  57108-5027              Sioux Falls, SD 57117-6217                     Sioux Falls, SD 57117-6217


Comenity Bank/Carson's                   D. Patrick Mullarkey                           Discover Bank
P.O. Box 182789                          Tax Division (DOJ)                             Discover Products Inc
Columbus, OH 43218-2789                  P.O. Box 55, Ben Franklin Station              PO Box 3025
                                         Washington, DC 20044-0055                      New Albany OH 43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       FNB Omaha                                      Fifth Third Bank
PO BOX 3025                              P.O. Box 3412                                  5050 Kingsley Drive
NEW ALBANY OH 43054-3025                 Omaha, NE 68197-0001                           Cincinnati, OH 45227-1115


First Bankcard                           Franciscan Alliance                            Franciscan Health Munster
P.O. Box 2557                            c/o MiraMed                                    c/o MiraMed Revenue Group
Omaha, NE 68103-2557                     360 East 22nd Street                           360 East 22nd Street
                                         Lombard, IL 60148-4924                         Lombard, IL 60148-4924


GS Bank USA                              Goldman Sachs Bank, USA                        (p)INTERNAL REVENUE SERVICE
P.O. Box 45400                           by AIS InfoSource, LP as Agent                 CENTRALIZED INSOLVENCY OPERATIONS
Salt Lake City, UT 84145-0400            4515 N Santa Fe Ave                            PO BOX 7346
                                         Oklahoma City, OK 73118-7901                   PHILADELPHIA PA 19101-7346


Internal Revenue Service                 Internal Revenue Service                       Internal Revenue Service*
2970 Market Street                       P.O. Box 7317                                  P.O. Box 7346
Mail Stop 5-Q30.133                      Philadelphia, PA 19101-7317                    Philadelphia, PA 19101-7346
Philadelphia, PA 19104-5002
```

| | | |
|---|---|---|
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Mercury Card/FB&T<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 | Professional Clinical Laboratories<br>2434 Interstate Plaza Drive<br>Hammond, IN 46324-2671 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Radius Global Solutions, LLC<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Rocket Loans<br>1001 Woodward<br>Detroit, MI 48226-1904 | SYNCB/TJX<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| Specialized Loan Services, LLC<br>8742 Lucent Blvd.<br>Ste. 300<br>Littleton, CO 80129-2386 | Syncb/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Syncb/J.C. Penney<br>P.O. Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/PPC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Syncb/PPMC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Syncb/Sam's<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Walmart<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Syncb/swtwtr<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| THD/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | WF Bank, N.A.<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| Myrtle Hampton<br>19713 Sequoia Avenue<br>Chicago Heights, IL 60411-6830 | | |
| Ronald Jerome Hampton<br>19713 Sequoia Avenue<br>Chicago Heights, IL 60411-6830 | | |

```
              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

```
Discover Financial Services        Internal Revenue Service         (d)Internal Revenue Service
P.O. Box 15316                     230 S. Dearborn, MS 4401         575 N. Pennsylvania Street
Wilmington, DE 19850               Attn: D.R. Calhoun-1248182       M/S SB380
                                   Chicago, IL 60604                Indianapolis, IN 46204


JPMCB Card                         End of Label Matrix
P.O. Box 15369                     Mailable recipients     55
Wilmington, DE 19850               Bypassed recipients      0
                                   Total                   55
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 20-17404 |
| | ) | |
| RONALD JEROME HAMPTON and | ) | Chapter 7 |
| MYRTLE HAMPTON | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | |
| | ) | Hearing Date: January 25, 2022 at 9:30 a.m. |

**TRUSTEE'S MOTION TO APPROVE SALE OF CERTAIN REAL PROPERTY**

Ronald R. Peterson, as chapter 7 trustee (the "**Trustee**") of the above-captioned debtors (the "**Debtors**"), hereby moves for entry of an order under 11 U.S.C. § 363(b) authorizing the Trustee to sell the estate's interest in a certain parcel of real property back to Debtor Ronald Jerome Hampton ("**Mr. Hampton**"). In support of the Motion, the Trustee respectfully states as follows:

**BACKGROUND**

1. On September 22, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**"). The Trustee is the duly appointed and acting chapter 7 trustee of the Debtors' estate.

2. Prior to the Petition Date, Mr. Hampton owned a 100% fee simple interest in the parcel of real property commonly known as 15223 Wabash Avenue, South Holland, Illinois 60473 (PIN: 29-10-304-042-0000) (the "**Property**").

3. The Property is a single-family residence with three bedrooms and one bathroom. Based on the Trustee's review of the Property and electronic appraisal databases, the Trustee estimates the Property has a value of between $60,000 and $70,000.

4. However, according to the Debtors' schedules, the Property is subject to a senior mortgage held by Specialized Loan Services, LLC (the "**Mortgage**") in the amount of $63,420 as of the Petition Date.

5. Subject to this Court's approval, to liquidate the Property, the Trustee has agreed to, in exchange for a lump sum cash payment of $13,000, execute a quitclaim deed conveying the estate's interest in the Property back to Mr. Hampton (the "**Sale**").

6. For the avoidance of doubt, the Trustee is not seeking to sell the Property free and clear of the Mortgage or any other claim, interest, or encumbrance.

7. In the interest of time, Mr. Hampton has agreed to deliver a cashier's check in the amount of $13,000 to the Trustee upon the filing of this Motion. In the event the Court declines to approve the Sale, the Trustee agrees to promptly return such funds to Mr. Hampton.

## RELIEF REQUESTED

8. By this Motion, pursuant to section 363 of the Bankruptcy Code, the Trustee requests approval of and authority to effectuate the Sale.

## BASIS FOR RELIEF REQUESTED

9. Section 363(b) of the Bankruptcy Code permits "[t]he trustee, after notice and a hearing, [to] use, sell, or lease, other than in the ordinary course of business, property of the estate[.]" 11 U.S.C. § 363(b). Sales outside the ordinary course of business pursuant to section 363(b) are proper upon notice and a hearing where the trustee has a sound business reason for the proposed sale. *Fulton State Bank v. Schipper (In re Schipper)*, 933 F.2d 513, 515 (7th Cir. 1991); *In re Efoora, Inc.*, 472 B.R. 481, 488-92 (Bankr. N.D. Ill. 2012). Under this standard, the "trustee has considerable discretion when it comes to the sale of estate assets, and that discretion is entitled to 'great judicial deference' as long as a sound business reason is given." *Efoora*, 472 B.R. at 488.

5

10. Here, cause exists to approve the proposed Sale. As noted above, based on the Trustee's review of the Property and the Mortgage, the Trustee does not believe the Property has anything more than *de minimis* value to the estate. The Trustee further believes the cost of conducting a broader marketing process for the Property would materially reduce the value of the estate's recoverable interest in the Property. Moreover, even if third-party buyer could be found, the Trustee would be responsible for property taxes and maintenance costs in the interim. For all of these reasons, the Trustee believes the estate and all creditors will be best served by permitting the Trustee to sell the estate's interest in the Property to Mr. Hampton in exchange for a lump sum payment of $13,000.

WHEREFORE, the Trustee respectfully requests entry of an order: (a) authorizing the Trustee to, in exchange for a $13,000 lump sum payment from Mr. Hampton, execute a quitclaim deed transferring the estate's interest in the Property to Mr. Hampton; (b) authorizing the Trustee and Mr. Hampton to take any ministerial steps necessary to effectuate the Sale; and (b) granting such other relief as the Court deems just and appropriate.

Dated: January 3, 2022                    Respectfully submitted,

                                          /s/ *Ronald R. Peterson*

                                          RONALD R. PETERSON, not individually
                                          but solely as chapter 7 trustee for the above-
                                          captioned debtors.

Ronald R. Peterson
353 N. Clark Street
Chicago, Illinois 60654-3456
PH:   312/923-2981
FAX:  312/840-7381

6